UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TREASURY ENTERPRISE SOJUZPLODOIMPORT and OAO "MOSCOW DISTILLERY CRISTALL,"<br><br>*Plaintiffs,*<br><br>v.<br><br>SPIRITS INTERNATIONAL B.V., SPI SPIRITS LIMITED, SPI GROUP SA, YURI SHEFLER, ALEXEY OLIYNIK, ALLIED DOMECQ INTERNATIONAL HOLDING B.V., ALLIED DOMECQ SPIRITS & WINE USA, INC., WILLIAM GRANT & SONS USA, WILLIAM GRANT & SONS, INC., and STOLI GROUP (USA) LLC,<br><br>*Defendants.* | Civil Action No. 1:14-CV-00712 (SAS)<br><br>**SUPPLEMENTAL DECLARATION OF EUGENE GULLAND**<br><br>**ECF CASE** |

Eugene Gulland declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of Covington & Burling LLP, counsel for Defendants Spirits International B.V., SPI Spirits Limited, SPI Group SA, STOLI Group (USA) LLC, Yuri Shefler, and Alexey Oliynik ("SPI Defendants"). I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and I have been admitted *pro hac vice* in this case. I have personal knowledge of the facts set forth in this Supplemental Declaration, which I make to place before the Court documents relevant to its determination of Defendants' Joint Motion to Dismiss Plaintiffs' Complaint.

2. Attached as Exhibit 1 hereto is a true and correct copy of excerpts of *Civil Code of the Russian Federation* (William E. Butler ed. & trans., 2010).

3.	Attached as Exhibit 2 hereto is a true and correct copy of excerpts of the transcript of oral argument before the U.S. Court of Appeals for the Second Circuit in *FTE v. Spirits Int'l N.V.*, No. 06-3532-cv (Dec. 15, 2009).

4.	Attached as Exhibit 3 hereto is a true and correct copy of an order of the U.S. Court of Appeals for the Second Circuit, dated January 5, 2010, in *FTE v. Spirits Int'l N.V.*, No. 06-3532-cv.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 27, 2014 in Washington D.C.

  s/ Eugene D. Gulland
Eugene D. Gulland