UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Federal Treasury Enterprise
Sojuzplodoimport et al          Plaintiff,

Case No. 1: 14-cv-00712-SHS

-against-

Spirits International B.V. et al     Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Erik C. Kane**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Andrews Kurth Kenyon LLP
              FIRM ADDRESS: 1350 I Street, NW, Washington, DC 20005
              FIRM TELEPHONE NUMBER: (202) 662 - 2700
              FIRM FAX NUMBER: (202) 662 - 2739

NEW FIRM:     FIRM NAME: Hunton Andrews Kurth LLP
              FIRM ADDRESS: 2200 Pennsylvania Ave., NW, Washington, DC 20037
              FIRM TELEPHONE NUMBER: (202) 955 - 1500
              FIRM FAX NUMBER: (202) 778 - 2201

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 3/21/2019

_Erik C. Kane_
ATTORNEY'S SIGNATURE