UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| FEDERAL TREASURY ENTERPRISE SOJUZPLOGOIMPORT, *ET AL.*, | 14-Cv-712 (SHS) |
| Plaintiffs, | ORDER |
| -v- | |
| SPIRITS INTERNATIONAL, B.V., *ET AL.*, | |
| Defendants. | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that defendant William Grant & Sons' motion to seal exhibits [Doc. No. 317] is granted.

Dated: New York, New York
      April 2, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.