UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TREASURY ENTERPRISE
SOJUZPLODOIMPORT and OAO "MOSCOW
DISTILLERY CRISTALL,"

    Plaintiffs-
Counterdefendants,

    -against-

SPIRITS INTERNATIONAL B.V., f/k/a
SPIRITS INTERNATIONAL N.V.; SPI
SPIRITS (CYPRUS) LIMITED; SPI GROUP
S.A.; and STOLI GROUP (USA) LLC,

    Defendants-
Counterclaimants,

YURI SHEFLER; ALEXEY OLIYNIK;
WILLIAM GRANT & SONS USA; WILLIAM
GRANT & SONS, INC.;

    Defendants.

1:14-cv-00712 (SHS)

ECF CASE

**(SCHEDULING ORDER**

---

1. **FACTUAL DISCOVERY**

   a. All document production is complete subject to the parties' continuing obligation to produce documents and also subject to deficiencies in the productions that are identified by any party.

   b. With respect to the parties' objections to the Discovery Master's orders of November 9, 2017, August 22, 2019, and February 21, 2020 (Discovery Orders), for the purposes of this Scheduling Order, each such Discovery Order shall be deemed to be final for purposes of this Scheduling Order, except to the extent that any Order is reversed or modified hereafter. For the avoidance of doubt, nothing herein shall constitute a waiver by the parties of their objections to any Discovery Order.

   c. Notices for the deposition of fact witnesses were served on April 10, 2020. By order dated September 8, 2020, the Discovery Master granted Plaintiffs' motion to take remote depositions pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure.

d. All discovery of factual matters, including factual matters related to damages, shall be completed by October 1, 2021.

**2. EXPERT DISCOVERY**

a. Opening expert reports shall be served by November 12, 2021.

b. Responsive expert reports shall be completed by January 10, 2022.

c. Depositions of experts shall be completed by February 21, 2022.

d. Discovery closes February 21, 2022.

e. Damages expert discovery is bifurcated and will be scheduled, if appropriate, after summary judgment motions.

Dated: New York, New York
May 26, 2021

SO ORDERED:

_____
Honorable Sidney H. Stein
United States District Judge