UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

FEDERAL TREASURY ENTERPRISE : 14-cv-712 (SHS) (RWL)
SOJUZPLODOIMPORT, and OAO
"MOSCOW DISTILLERY CRISTALL, :

               Plaintiffs, :
                                         ORDER
   -v- :

SPIRITS INTERNATIONAL B.V. formerly :
known as Spirits International, ET AL.,
                                             :

               Defendants.
-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Robert W. Lehrburger to conduct a mediation with the parties to attempt to resolve this litigation.

Dated: New York, New York
       July 1, 2025

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.