UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TREASURY ENTERPRISE
SOJUZPLODOIMPORT and OAO "MOSCOW
DISTILLERY CRISTALL,"

    Plaintiffs-
Counterdefendants,

    -against-

SPIRITS INTERNATIONAL B.V., f/k/a
SPIRITS INTERNATIONAL N.V.; SPI
SPIRITS (CYPRUS) LIMITED; SPI GROUP
S.A.; and STOLI GROUP (USA) LLC,

    Defendants-
Counterclaimants,

YURI SHEFLER; ALEXEY OLIYNIK;
WILLIAM GRANT & SONS USA; WILLIAM
GRANT & SONS, INC.;

    Defendants.

---

1:14-cv-00712 (SHS)

ECF CASE

(~~PROPOSED~~) SCHEDULING
ORDER

## 1. FACTUAL DISCOVERY

  a. All document production is complete subject to the parties' continuing obligation to produce documents and also subject to deficiencies in the productions that are identified by any party.

  b. With respect to the parties' objections to the Discovery Master's orders of November 9, 2017, August 22, 2019, February 21, 2020, September 8, 2020, February 1, 2021, May 4, 2024, and June 13, 2024 (Discovery Orders), for the purposes of this Scheduling Order, each such Discovery Order shall be deemed to be final for purposes of this Scheduling Order, except to the extent that any Order is reversed or modified hereafter. For the avoidance of doubt, nothing herein shall constitute a waiver by the parties of their objections to any Discovery Order.

  c. Notices for the deposition of fact witnesses were served on April 10, 2020. No additional notices may be served, except to the extent that an opposing party replaces a previously disclosed witness whose deposition was timely noticed. By order dated September 8, 2020, the Discovery Master granted Plaintiffs' motion

to take remote depositions pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure.

d.  All written discovery has been served.

e.  All discovery of factual matters, including factual matters related to damages, shall be completed by July 31, 2026.

## 2.  **EXPERT DISCOVERY**

a.  Opening expert reports, including concerning damages, shall be served by September 25, 2026.

b.  Responsive expert reports shall be completed by November 20, 2026.

c.  Expert discovery, including depositions of experts, shall be completed by January 22, 2027.

d.  Discovery closes January 22, 2027.

Entered this __4__ day of __May__ , 2026
SO ORDERED

_____
Honorable Sidney H. Stein
United States District Judge

2