UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FEDERAL TREASURY ENTERPRISE   :  14-cv-712 (SHS)
SOJUZPLODOIMPORT, and OAO "MOSCOW
CRISTALL,           :  ORDER

        Plaintiffs,  :

    -v-       :

SPIRITS INTERNATIONAL B.V., formerly  :
known as Spirits International N.V., ET AL.,

             :

       Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   The Court is prepared to file on the public record an Opinion & Order addressing (1) WGS's motion for reconsideration or, in the alternative, certification of issues for interlocutory appeal; (2) SPI's objections to the Discovery Master's orders dated September 8, 2020, February 1, 2021, and May 4, 2024; and (3) WGS's objection to the Discovery Master's order dated June 13, 2024. However, certain of the underlying materials were originally filed under seal at the request of the parties. This Court's deputy today is emailing the Opinion & Order to the attorneys who signed the respective motion papers. The parties are directed to confer and agree upon, by Thursday, May 7, what words or sentences, if any, should be redacted in the Opinion & Order that is filed on the public record. The Court intends to file the Opinion & Order on the public record on Friday, May 8, 2026.

Dated: New York, New York
   May 4, 2026

          SO ORDERED:

          _____
          Sidney H. Stein, U.S.D.J.