UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

FEDERAL TREASURY ENTERPRISE            :        14-cv-712 (SHS)
SOJUZPLODOIMPORT, and OAO "MOSCOW
CRISTALL,"                             :        ORDER

                        Plaintiffs,    :

                -v-                    :

SPIRITS INTERNATIONAL B.V., formerly   :
known as Spirits International N.V., ET AL.,

                                       :

                        Defendants.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference will take place on May 19, 2026, at 2:30 p.m. in Courtroom 23A, at the U.S. Courthouse, 500 Pearl Street, New York, NY, to discuss scheduling and a plan for the remainder of this litigation.

Dated: New York, New York
        May 4, 2026

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.