UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FEDERAL TREASURY ENTERPRISE                          :        14-cv-712 (SHS)
SOJUZPLODOIMPORT, and OAO "MOSCOW
CRISTALL,"                                           :        ORDER

                              Plaintiffs,            :


                    -v-                              :


SPIRITS INTERNATIONAL B.V., formerly                 :
known as Spirits International N.V., ET AL.,
                                                     :
                              Defendants.

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

         Cravath, Swaine & Moore LLP ("Cravath") having moved on January 7, 2026, to
withdraw as counsel of record for defendants Spirits International B.V., SPI Spirits Limited, SPI
Group SA, Yuri Shefler, Alexey Oliynik, Stoli Group (USA) LLC, and ZHS IP Americas Sárl
(the "SPI defendants), and no opposition to that motion having been filed, and the Court having
heard counsel for Cravath *in camera* on May 19, 2026 in support of the motion,

         IT IS HEREBY ORDERED that:

         1. Cravath's motion to withdraw [Doc. No. 473] is granted. It is noted that Thompson
Coburn LLP has entered a notice of appearance on behalf of William R. Patterson, the Chapter
11 Trustee of defendant Stoli Group (USA), LLC and shall represent that entity going forward;
and

         2. Cravath is directed to serve a copy of this Order by email upon the SPI defendants on
or before May 26, 2026.

         Corporate entities may only appear in this action through counsel. *See RGI Brands LLC
v. Cognac Brisset-Aurige, S.a.r.l.* No. 12-cv-1369, 2013 WL 1668206, at *4 (S.D.N.Y. Apr. 18),
*Report and Recommendation adopted*, 2013 WL 4505255 (S.D.N.Y. Aug. 23, 2013); *see also
Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Failure by a corporate entity to appear
by counsel may result in a default judgment being taken against that entity. *See Sec. & Exch.
Comm'n v. Rsch. Automation Corp.*, 521 F.2d 585, 589 (2d Cir. 1975) ("[W]here a corporation
repeatedly fails to appear by counsel, a default judgment may be entered against it pursuant to
Rule 55 [of the Federal Rules of Civil Procedure].").

Dated: New York, New York
        May 21, 2026

                                        SO ORDERED:

                                        _____
                                            Sidney H. Stein, U.S.D.J.