**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FEDERAL TREASURY ENTERPRISE
SOJUZPLODOIMPORT and OAO
"MOSCOW DISTILLERY CRISTALL,"

　　　　　　　　Plaintiffs,

　　　　　-against-

SPIRITS INTERNATIONAL B.V.,
FORMERLY KNOWN AS SPIRITS
INTERNATIONAL N.V.; SPI SPIRITS
LIMITED; SPI GROUP SA; YURI
SHEFLER; ALEXEY OLIYNIK; WILLIAM
GRANT & SONS USA; WILLIAM GRANT
& SONS, INC.; STOLI GROUP (USA) LLC
and ZHS IP AMERICAS SARL,

　　　　　　　　Defendants.

---

No. 1:14-cv-00712 (SHS)

**ORDER GRANTING MOTION**
**TO WITHDRAW AS COUNSEL**

Upon the motion by Plaintiffs for an order pursuant to Local Civil Rule 1.4 for leave to have Ari Wugalter and Robert Lloyd Raskopf withdrawn as attorneys of record for Plaintiffs, effective immediately; whereas, Marc L. Greenwald, Anastasia M. Fernands, Jessica A. Rose, and Marina E. Olevsky, with Quinn Emanuel Urquhart & Sullivan, LLP, shall remain counsel of record for Plaintiffs; and for good cause shown,

**IT IS HEREBY SO ORDERED THAT**, the motion is hereby **GRANTED** and Ari Wugalter and Robert Lloyd Raskopf are hereby granted leave to withdraw as counsel of record for Plaintiffs; and

**IT IS HEREBY FURTHER SO ORDERED THAT**, the Clerk of the Court is hereby

respectfully requested to terminate Ari Wugalter and Robert Lloyd Raskopf from the docket and

cease sending them notices in this matter.


Entered this 26 day of May, 2026
SO ORDERED

_____
Honorable Sidney H. Stein
United States District Judge